# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00129-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY E. WHITE, and
MARY L. WHITE,

    Defendants.

---

## ORDER VACATING TRIAL DATES AND
## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition for Defendant Gregory E. White (Doc. # 34) in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for September 19, 2011, and the four-day jury trial set to commence on September 26, 2011, are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-844-3800) <u>no later than September 23, 2011</u> to set this matter for a Change of Plea Hearing.

DATED: September 14, 2011

BY THE COURT:

*s/ David M. Ebel*

_____
DAVID M. EBEL
United States Circuit Judge
District of Colorado