# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE DAVID M. EBEL

Courtroom Deputy: Emily Seamon                      Date:  January 10, 2012
Court Reporter:     Tammy Hoffschildt
Probation Officer:   Michelle Means


Criminal Action No. 11-cr-00129-DME-1


*Parties:*                                          *Counsel:*


UNITED STATES OF AMERICA,                           Tim Neff

     Plaintiff,

v.

1. GREGORY E. WHITE,                                Joe Izen, Jr.

     Defendant.

---

## SENTENCING MINUTES

---

**10:05 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing was held on October 19, 2011.**

**Defendant plead guilty to Counts 3 and 4 of the Superseding Indictment.**

Defendant sworn.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Government's Motion to Dismiss the Remaining Counts of the Superseding Indictment [Doc. No. 54, Filed December 16, 2011] is GRANTED.

**ORDERED:** Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Doc. No. 55, Filed December 16, 2011] is GRANTED.

Mr. Izen summarizes a letter written by Mr. White to his friend Mr. Holden regarding his experience in Vietnam.

**ORDERED:** Defendant, Gregory E. White's, Motion for Variance in Sentencing [Doc. No. 57, Filed December 22, 2011] is GRANTED IN PART AND DENIED IN PART.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Counts 3 and 4 of the Superseding Indictment to a term of imprisonment of 18 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years, which consists of a one year term of supervised release on Count 3, and three years of supervised release on Count 4, to run concurrently.

**Conditions of supervised release:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of supervised release:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding Internal Revenue Service financial obligation.

(X)    Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding state and federal income taxes.  This includes resolution of any tax arrearages as well as continued compliance with state and federal laws regarding the filing of taxes.

(X)    Defendant shall submit to financial monitoring by, or at the direction of, the probation officer.

**FINE:**
Defendant does not otherwise have the ability to pay a fine, and therefore the Court waives a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a special assessment of $200.00, which is $100.00 for each count to which he pled guilty, due and payable immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   A complete copy of the presentence report shall be prepared for the Bureau of Prisons and the U.S. Sentencing Commission.  Any other copies of the presentence report and addendum will remain confidential. If an appeal is filed, counsel on appeal will be permitted access to the report.

**ORDERED:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days after receiving notice of the designation.

**ORDERED:**   Bond is continued.  Once Defendant has reported to the facility designated by the United States Bureau of Prisons, the bond will be satisfied and released.

**10:54 a.m.    Court in recess.**
Hearing concluded.
Total in-court time:  00:49